UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-against-

ALEXIS VEGA RODRIGUEZ LUIS
ALBERTO PIMENTEL GAUTIER,

                          Defendant.

17-CR-483 (CM)

---

ORDER TO ANSWER MOTION FILED PURSUANT TO 28 U.S.C. § 2255

McMahon, J.:

It has come to the Court's attention that defendant has filed a motion to vacate his conviction and sentence, pursuant to 28 U.S.C. § 2255, under his criminal docket 17 CR 483 (CM). Habeas petitions are to be filed as civil proceedings. The Clerk of the Court is to directed to create a civil docket number for this case.

The U.S. Attorney's Office is directed to file a response to defendant's § 2255 motion and all ancillary motions at docket entries ## 67, 69, and 70, within thirty days of this order. Defendant shall have thirty days from the date he is served with the Government's response to file a reply. The motion will be considered fully submitted on the date defendant's reply is due. All subsequent filings must include the civil and criminal docket number and will be docketed in the criminal case.

The Clerk of Court shall notify the Criminal Division of the U.S. Attorney's Office for the Southern District of New York that this order has been issued.

Dated: July 27 2021
New York, New York

                                                      COLLEEN McMAHON
                                                      United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/27/21